IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON HARGROVE,

    Petitioner,                   No. CIV S-03-1141 DFL JFM P

    vs.

C. K. PLILER, Warden,

    Respondent.                  <u>ORDER</u>

         Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 7, 2003, respondent lodged the state court record with this court, including an "Augmented Clerk's Transcript on Appeal (Vol. 1) pp. 1-296." Volume 1 of the Augmented Clerk's Transcript is missing pages 1-208, which comprise "certified copies of impaneled jurors questionnaires." Rule 7 of the Rules Governing Habeas Corpus Cases provides that the court may direct that the record be expanded by the parties by the inclusion of additional materials relevant to the determination of the merits of the petition. Good cause appearing, respondent will be directed to lodge the missing pages within thirty days from the date of this order.

         Good cause appearing, IT IS HEREBY ORDERED that within thirty days from the date of this order respondent shall lodge the impaneled jurors' questionnaires, contained on

1

1 | pages 1 - 208 of the Augmented Clerk's Transcript on Appeal.
2 | DATED: August 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

8:harg1141.aug