IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON HARGROVE,

    Petitioner,                   No. CIV S-03-1141 DFL JFM P

   vs.

C. K. PLILER, Warden,

    Respondent.                ORDER

/

       Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 10, 2006, pursuant to court order, respondent lodged the "impaneled jurors questionnaires" in this case.  However, the questionnaires provided to the court have the jurors' names and juror numbers blacked out and other identifying information substituted in their place (e.g., "juror one," "juror two," etc.).  In addition, the lodged Reporter's Augmented Transcript on Appeal does not contain the entire record of voir dire, but ends prior to the selection of the entire jury.  As a result, the court is unable to conduct a meaningful review of the record in this case.  Good cause appearing, respondent will be directed to lodge the complete record within thirty days.

       Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order respondent shall lodge:  (a) the entire impaneled jurors questionnaires containing the

1  juror identification number (e.g., 180032940) for each juror.  The juror information shall either
2  be free from redactions or shall provide the key to relate the redacted questionnaires to the jurors
3  completing the questionnaires; and (b) the remaining portion of the Reporter's Augmented
4  Transcript on Appeal, to reflect the entire record of jury voir dire.
5  DATED:  October 30, 2006.

UNITED STATES MAGISTRATE JUDGE

JFM:8:harg1141.docs