IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON HARGROVE,** | CIV S-03-1141 DFL JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **C.K. PLILER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent has until December 19, 2006 to obtain and lodge the records requested by this court's order of October 30, 2006.

DATED: December 6, 2006.

UNITED STATES MAGISTRATE JUDGE

8:harg1141.eot

Order