IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON HARGROVE,** | 03-1141 DFL JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **C.K. PLILER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent has until January 18, 2007 to obtain and lodge the records, pursuant to the Court's order of October 30, 2006.

DATED: January 16, 2007.

UNITED STATES MAGISTRATE JUDGE

8:harg114.ext

1