IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON HARGROVE,

    Petitioner,           No. CIV S-03-1141 DFL JFM P

    vs.

C. K. PLILER, Warden,

    Respondent.          <u>ORDER</u>

_____/

    Petitioner's motion for summary judgment came on regularly for hearing on March 15, 2007, at 11:00 a.m. Philip M. Brooks appeared for petitioner. Carlos A. Martinez appeared for respondent. Upon review of the motion and the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing therefor, THE COURT MADE THE FOLLOWING ORDERS and announced them to the parties in open court:

    1. Petitioner's motion for summary judgment stands submitted to the court for decision; and

////

/////

/////

/////

1

2. Within thirty days from the filed date of this order, the parties shall file a letter informing the court of the status of efforts to obtain a transcript of the hearing on February 5, 1999.

DATED: March 15, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

JFM:8:hargrove1141.oah