IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON HARGROVE,<br><br>       Petitioner,<br><br>vs.<br><br>C.K. PLILER, Warden<br><br>       Respondent. | No. 2:03-CV-1141 RRB JFM P<br><br>**ORDER** |

Petitioner Aaron Hargrove ("Petitioner"), a state prisoner proceeding through counsel, filed the above-entitled action, i.e., an application for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On July 31, 2007, Magistrate Judge John F. Moulds filed Findings and Recommendations (Docket 40) herein, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days. Respondent C.K. Pliler ("Respondent") filed

ORDER DISMISSING PETITIONER'S
     APPLICATION FOR WRIT OF HABEAS CORPUS - 1
2:03-CV-1141-RRB-JFM P

Objections to the Magistrate's Findings and Recommendations at Docket 41; following which Plaintiff filed a Reply at Docket 42.

Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes, and in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has conducted a <u>de novo</u> review of the relevant pleadings filed in this matter. Having carefully and thoroughly reviewed the same, the Court does <u>not</u> concur with all of the Magistrate's Findings and Recommendations at Docket 40.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's February 5, 2007, Motion for Summary Judgment (Docket 29) is **DENIED**;

2. The Findings and Recommendations (Docket 40) filed on July 31, 2007, are adopted in-part, i.e., <u>only</u> with respect to Juror No. 3;

3. Petitioner's Application for a Writ of Habeas Corpus (Docket 1) is **DENIED** in all other respects[1]; and

/ / /

/ / /

/ / /

---

[1] Indeed, in conjunction with <u>Batson v. Kentucky</u>, 476 U.S. 79 (1986), and for additional reasons more carefully articulated within the relevant pleadings, the Court concurs with both the trial court and the California Court of Appeal for the Third Appellate District in that the prosecutor's reasons for preempting the three jurors at issue were supported by substantial evidence in the record and were <u>not</u> implausible and/or discriminatory.

ORDER DISMISSING PETITIONER'S
    APPLICATION FOR WRIT OF HABEAS CORPUS - 2
2:03-CV-1141-RRB-JFM P

3. This action is **DISMISSED** with prejudice.

ENTERED this 2nd day of October, 2007.

                                              S/RALPH R. BEISTLINE
                                              UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITIONER'S
    APPLICATION FOR WRIT OF HABEAS CORPUS - 3
2:03-CV-1141-RRB-JFM P